HAROLD BALBERA et al, Appellants, v. NEW YORK RANGERS, INC., et al., Respondents, et al., Defendants.—

968

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.